## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DAVID CHAPMAN,**

Plaintiff,

vs.

Case No.: 6:23-cv-1263

**AMAZON.COM SERVICES LLC,**

Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Amazon.com Services LLC hereby removes to the United States District Court for the District of Kansas the action styled *David Chapman v. Amazon.com Services LLC*, Case No. SG-2023-CV-001613, currently pending in the District Court of Sedgwick County, Kansas (the "State Court Action"). Defendant removes this case on the grounds of federal question jurisdiction. In support of removal, Defendant states as follows:

## THE STATE COURT ACTION

1.    On August 31, 2023, Plaintiff David Chapman commenced this action in the District Court of Sedgwick County, Kansas, by filing his Petition. Defendant received service of the Petition on November 17, 2023.

2.    The Petition named as Defendant Amazon.com Services LLC. The Petition asserted that Plaintiff was employed by Defendant, and alleged race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 codified at 42 U.S.C. § 2000 et seq ("Title VII"), and 42 U.S.C. § 1981. *See* Petition, ¶¶ 21-22.

3.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action is attached as Exhibit A.

4.      The Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty days of service upon Defendant on November 17, 2023.

5.      By removing this action, Defendant does not waive any defenses or objections that it may have, including but not limited to, sufficiency of process, service of process, and personal jurisdiction.

## VENUE

6.      Venue is proper in this Court because Plaintiff originally filed this case in the Eighteenth Judicial District Court for the State of Kansas, Sedgwick County, and Kansas constitutes one judicial district. See 28 U.S.C. § 96, 1446(a); D. Kan. Rule 81.1(b)(1).

## NATURE OF CLAIMS AND FEDERAL QUESTION JURISDICTION

7.      Plaintiff brings his claims under Title VII and Section 1981, therefore, those claims arise under federal law. Because Plaintiff's Petition asserts that Defendant violated federal law, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446. *See Devon Energy Production Co., L.P. v. Mosaic Potash Carlsbad, Inc.*, 693 F.3d 1195, 1202 (10th Cir. 2012) ("Under the 'well-pleaded complaint' rule, 'a suit arises under federal law 'only when the plaintiff's statement of his own cause of action shows that it is based' on federal law.'") (quoting *Schmeling v. NORDAM*, 97 F.3d 1336, 1339 (10th Cir. 1996)).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8.      In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the District Court of Sedgwick County, Kansas, and will

simultaneously provide written notice of the filing of this Notice of Removal to counsel for Plaintiff as reflected by the Certificate of Service.

## CONCLUSION

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action to this Court from the District Court of Sedgwick County, Kansas, and requests that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

*/s/ Daniel B. Boatright*

Daniel B. Boatright, KS# 15298
Direct: 816.627.4401
E-Fax: 816.817.7703
dboatright@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106

Virginia Woodfork, KS #78867
Direct: 303.362.2880
E-Fax: 303.629.0200
vwoodfork@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed via the Court's CM/ECF system

this 11th day of December, 2023, which sent electronic notice to the following:

Sean M. McGivern
Graybill & Hazelwood, LLC
218 N Mosley
Wichita, KS 67202
Telephone: 316.266.4058
Facsimile:  316.462.5566
sean@graybillhazlewood.com

ATTORNEY FOR PLAINTIFF


/s/ Daniel B. Boatright
Attorney for Defendant